UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9: 17-cv-80422-KAM

LINDA AMERO,

Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,
a Foreign Profit Corporation, d/b/a SUN LIFE FINANCIAL,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Defendant Sun Life Assurance Company of Canada ("Sun Life") hereby gives notice of electronically filing a complete, redacted copy of the administrative record pursuant to the Amended Case Management and Scheduling Order (Dkt. 48) entered in this matter. The administrative record has been Bates labeled Sun Life 000001 through 001118. Social Security numbers and other protected information have been redacted as required for filing.

*/s/ Marie Tomassi*
Marie Tomassi
Primary email: mtomassi@trenam.com
Secondary email: sjohnson@trenam.com
Florida Bar No. 772062
Anne C. Leonard
Primary email aleonard@trenam.com
Second email: jamer@trenam.com
Florida Bar No. 0085133
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Phone: 727-820-3952
Fax: 727-820-3972
Attorneys for Sun Life Assurance Company
of Canada

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Defendant's Notice Of Filing Administrative Record has been served by CM/ECF electronic filing on April 23, 2018 to:

Justus W. Reid, Esq.
Megan Wegerif, Esq.
Dana L. Spader, Esq.
Corey R. O'Neal, Esq.
Reid Burman Lebedeker
222 Lakeview Avenue, Suite 1160
West Palm Beach, Florida 33401
Email: jwr@reidburmanlaw.com
mmw@reidburmanlaw.com
dls@reidburmanlaw.com
cro@reidburmanlaw.com

*/s/ Marie Tomassi*________________
Attorney